# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

| | |
|---|---|
| **WILLIAM SMITH, individually and on behalf of all others similarly situated** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )     Civil Action No. 26-cv-04564-BMC |
| | ) |
| | ) |
| **INDEPENDENT HOME PRODUCTS LLC** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

Javon Cummings, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on July 30, 2026, at 11:18 am at 59 Hempstead Gardens Dr, West Hempstead, NY 11552-2641, Deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: INDEPENDENT HOME PRODUCTS LLC (hereinafter referred to as "subject") by leaving the above documents with Katie Laravere who as Receptionist is authorized by appointment or by law to receive service of process for INDEPENDENT HOME PRODUCTS LLC.
My perception of the description of the individual served is as follows:
White Female, est. age 25-34, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7013800788,-73.6398868379
Photograph: See Exhibit 1


Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

New York County                              ,

NY      on    8/3/2026                  .

/s/ *Javon Cummings*
_____
Signature
Server Name: Javon Cummings
License#: 2036513-DCA



Exhibit 1a)