UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

William Smith

v.

Independent Home Products LLC

----------------------------------------------------------X

2:26-cv-04564-BMC
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I ___Andrew Roman Perrong___ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of ___Perrong Law LLC___ and a member in good standing of

the bar(s) of the State(s) of ___Pennsylvania, Oregon___, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

___Plaintiff, William Smith___. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: ___08/09/2026___

_____
Signature of Movant
Firm Name ___Perrong Law LLC___
Address ___1669 Edgewood Road, Suite 218___
___Yardley, PA 19067___
Email ___a@perronglaw.com___
Phone ___215-225-5529___