UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------

William Smith

                    Plaintiff(s),

      v.

Independent Home Products

                    Defendant(s).

----------------------------------------------------------

2:26-cv-04564-BMC

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, Andrew Roman Perrong _____, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner__ with the law firm of _Perrong Law LLC_.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Pennsylvania, Oregon _____.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 333687, 243320 _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _2:26-cv-04564-BMC_ for _Plaintiff_ _William Smith_.

Date _8|11|2026_
_Yardley_____ , PA

_____
Signature of Movant
Firm Name Perrong Law LLC
Address 1669 Edgewood Road Suite 218
Yardley PA 19067

**NOTARIZED**

Email a@perronglaw.com
Phone 2152255529

State of __PA__ County of _Bucks_
Subscribed and sworn before me on _8/11/2026_
                       (Date)
_____
(Notary Signature)

Commonwealth of Pennsylvania - Notary Seal
JEREMIAH T LETHERLAND - Notary Public
Bucks County
My Commission Expires March 27, 2030
Commission Number 1094982