**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------  x
WILLIAM SMITH, individually and on behalf   :
of all others similarly situated,           :    Case No.: 2:26-cv-04564 (BMC)
                                            :
              Plaintiff,                     :    NOTICE OF APPEARANCE
                                            :
v.                                          :
                                            :
INDEPENDENT HOME PRODUCTS LLC,              :
                                            :
              Defendant.                     :
                                            :
------------------------------------------------------------  x
```

      **PLEASE TAKE NOTICE** that McGuireWoods LLP, by the undersigned, Philip A. Goldstein, hereby appears as counsel for Defendant Independent Home Products LLC, and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
     August 12, 2026                   **MCGUIREWOODS LLP**

                                  By:    */s/ Philip A. Goldstein*
                                        Philip A. Goldstein
                                        MCGUIREWOODS LLP
                                        1251 Avenue of the Americas, 20th Floor
                                        New York, New York 10020
                                        Telephone: (212) 548-2167
                                        Email: pagoldstein@mcguirewoods.com

                                        *Counsel for Defendant Independent Home Products LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of August, 2026, I caused a true and correct copy of the foregoing Notice of Appearance to be served via email to counsel listed below and filed electronically with the Clerk of Court via the Court's CM/ECF system, which will cause all parties in this case that are registered to be served by the CM/ECF system:

Andrew R. Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Email: a@perronglaw.com

*/s/ Philip A. Goldstein*
Philip A. Goldstein
MCGUIREWOODS LLP

2