**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT HOME PRODUCTS LLC,<br><br>Defendant. | Case No.: 2:26-cv-04564 (BMC)<br><br>**INDEPENDENT HOME, LLC's**<br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Independent Home LLC,[1] a private non-governmental party, by and through its undersigned counsel, hereby makes the following disclosures:

Independent Home, LLC is a limited liability company majority owned by BHMS Investments Fund I, LP.

Dated: New York, New York
August 20, 2026

**McGuireWoods LLP**

By: */s/ Philip A. Goldstein*
Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2167
Email: pagoldstein@mcguirewoods.com

*Counsel for Independent Home LLC*

[1] Independent Home LLC was improperly named as "Independent Home Products LLC."

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of August, 2026, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically with the Clerk of Court via the Court's CM/ECF system, which will cause all parties in this case that are registered to be served by the CM/ECF system, including:

Andrew R. Perrong
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Email: a@perronglaw.com

*<u>/s/ Philip A. Goldstein</u>*
Philip A. Goldstein
McGuireWoods LLP