**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>INDEPENDENT HOME PRODUCTS LLC,<br><br>Defendant. | Case No: 2:26-cv-04564 (BMC) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Sara F. Holladay, for admission to practice *pro hac vice* in the above-captioned action, and any related mediation and arbitration, is granted.

Applicant has declared that she is a member in good standing with the bar of the Supreme Court of Florida and that her contact information is as follows:

Sara F. Holladay
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202-3661
T: (904) 798-3200
F: (904) 798-3207
Email: sholladay@mcguirewoods.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Independent Home, LLC in the above-captioned action, and any related mediation and arbitration.

**IT IS HEREBY ORDERED** that Sara F. Holladay is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Eastern District of New York,

and any related mediation and arbitration. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _________________, 2026

_________________________________________
Hon. Brian M. Cogan, U.S.D.J.