**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>INDEPENDENT HOME PRODUCTS LLC,<br><br>Defendant. | Case No: 2:26-cv-04564 (BMC) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sean P. Walsh hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for defendant Independent Home, LLC ("Independent Home")[1] in the above-captioned action, and in any related mediation or arbitration.

I am in good standing with the bar of the Supreme Court of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a Declaration pursuant to Local Rule 1.3.

[1] The Complaint names "Independent Home Products LLC" as the sole defendant. But the correct entity is Independent Home LLC. This is because after Independent Home LLC purchased Independent Home Products LLC's assets on December 31, 2020, Independent Home Products LLC has ceased business operations. The incidents in the complaint all occurred after Independent Home Products LLC ceased operations. Accordingly, this motion seeks pro hac vice admission on behalf of the correct separate entity—Independent Home LLC.

Dated: Jacksonville, Florida
October 7, 2026

Respectfully submitted,

*/s/ Sean P. Walsh*

Sean P. Walsh (*Pro Hac Vice Pending)*
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202-3661
T: (904) 798-3200
F: (904) 798-3207
Email: swalsh@mcguirewoods.com

*Attorneys for Defendant Independent Home, LLC*