**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>INDEPENDENT HOME PRODUCTS LLC,<br><br>Defendant. | Case No: 2:26-cv-04564 (BMC) |

**DECLARATION OF SEAN P. WALSH**
**IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

Sean P. Walsh, being duly sworn deposes and says:

1. I am an associate with the law firm McGuireWoods LLP, located at 50 North Laura Street, Suite 3300, Jacksonville, Florida 32202-3661. I submit this Declaration in support of my motion to be admitted *pro hac vice* for the purpose of participating fully in the above-referenced case on behalf of defendant Independent Home, LLC ("Independent Home"),[1] and any related mediation and arbitration.

2. I am a member in good standing with the Bar of the Supreme Court of Florida, where I maintain my principal office for the practice of law. A Certificate of Good Standing from the Supreme Court of Florida is attached to my motion as **Exhibit A**.

[1] The Complaint names "Independent Home Products LLC" as the sole defendant. But the correct entity is Independent Home LLC. This is because after Independent Home LLC purchased Independent Home Products LLC's assets on December 31, 2020, Independent Home Products LLC has ceased business operations. The incidents in the complaint all occurred after Independent Home Products LLC ceased operations. Accordingly, this motion seeks pro hac vice admission on behalf of the correct separate entity—Independent Home LLC.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have never been suspected or convicted of a felony.

6. I am an experienced practitioner and will participate in the ongoing proceedings related to the above-captioned matter.

7. I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York Bar, including the Rules of Court governing the conduct of attorneys and the Rules of Professional Conduct.

For these reasons, I request to be admitted *pro hac vice* to appear as counsel in this case, and any related mediation and arbitration, for Defendant Independent Home, LLC.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Jacksonville, Florida
October 7, 2026

Respectfully submitted,

*/s/ Sean P. Walsh*

Sean P. Walsh (*Pro Hac Vice Pending)*
McGuireWoods LLP
Bank of America Tower
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202-3661
T: (904) 798-3200
F: (904) 798-3207
swalsh@mcguirewoods.com

*Attorneys for Defendant Independent Home, LLC*