McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Philip A. Goldstein**
Direct: 212.548.2167
pagoldstein@mcguirewoods.com

October 27, 2026

**VIA ECF**
Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Smith v. Independent Home Products LLC***
**Case No. 2:26-cv-04564 (BMC)**
***Joint Letter re Joint Stipulation and [Proposed] Order***

Dear Judge Cogan,

This firm represents Independent Home LLC ("Independent Home"), incorrectly named in the Complaint as Independent Home Products LLC, in the above-referenced action. We write on behalf of all parties to submit the enclosed proposed Joint Stipulation and Order Dismissing Party and Amending Caption ("Stipulation") for the Court's review and approval.

If the Stipulation meets with the Court's approval, the parties respectfully request that the Court "So Order" the enclosed Stipulation and file it with the Clerk of the Court. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Philip A. Goldstein*

Philip A. Goldstein

Enclosure
PAG/mg

cc: All counsel of record (via ECF)