UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT HOME PRODUCTS LLC,<br><br>Defendant. | Case No. 2:26-cv-04564 (BMC)<br><br>**JOINT STIPULATION AND ORDER DISMISSING PARTY AND AMENDING CAPTION** |

Plaintiff William Smith ("Plaintiff") and Independent Home LLC ("Independent Home"), incorrectly named in the Complaint as Independent Home Products LLC, by and through their undersigned counsel, hereby stipulate and agree to the entry of the following order:

**WHEREAS**, on July 28, 2026, Plaintiff filed a putative Class Action Complaint (the "Complaint") (ECF No. 1) naming "Independent Home Products LLC" as the sole defendant in this action;

**WHEREAS**, on December 31, 2020, Independent Home purchased the assets of Independent Home Products LLC, and Independent Home Products LLC thereafter ceased business operations;

**WHEREAS**, the incidents alleged in the Complaint occurred after Independent Home Products LLC ceased business operations, and Independent Home is the correct entity to be named as the defendant in this action;

**WHEREAS,** Independent Home has provided Plaintiff's counsel with information regarding the correct name of the entity being sued;

**WHEREAS**, on August 31, 2026, Independent Home filed its Answer and Defenses to the Complaint (the "Answer") (ECF No. 14);

**WHEREAS**, Federal Rule of Civil Procedure 21 provides that, on motion or on its own, the Court may at any time, on just terms, add or drop a party;

**WHEREAS**, the Court's Civil Case Management Plan provides that joinder of additional parties must be accomplished by, and amended pleadings may be filed without leave of the Court until October 14, 2026; and

**WHEREAS**, the parties wish to correct the name of the defendant and amend the caption of this action without the need for Plaintiff to re-file the Complaint or for Independent Home to re-file its Answer.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff and Independent Home, subject to the approval of the Court, as follows:

1. Independent Home LLC is substituted as the defendant in this action in place of Independent Home Products LLC, and Independent Home Products LLC is dismissed as a party to this action under Federal Rule of Civil Procedure 21.

2. The Complaint and all other pleadings and papers filed in this action are hereby deemed amended to substitute "Independent Home LLC" for "Independent Home Products LLC" wherever that name appears, and all references to "Defendant" in the Complaint shall be deemed to refer to Independent Home LLC, without the need for Plaintiff to re-file the Complaint.

3. Independent Home's Answer (ECF No. 14) shall be deemed Independent Home's response to the Complaint as amended by this Stipulation, and Independent Home need not file

any further answer or other response to the Complaint as a result of the substitution and amendment of the caption provided for herein.

4. Independent Home appears in this action through its undersigned counsel and waives any objection to the sufficiency of process or service of process arising from the substitution provided for herein.

5. Except as expressly provided herein, nothing in this Stipulation shall be construed as an admission by any party or as a waiver of any claim, defense, or objection, all of which are expressly preserved.

6. The Clerk of Court is respectfully directed to substitute Independent Home LLC for Independent Home Products LLC on the docket and to amend the caption of this action as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIAM SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT HOME LLC,<br><br>Defendant. | : | Case No. 2:26-cv-04564 (BMC) |

**IT IS FURTHER STIPULATEDAND AND AGREED** that this Stipulation may be executed in counterparts, each of which shall be deemed to be an original and all of which taken together constitute one and the same Stipulation, and that signatures transmitted by electronic means shall be deemed originals for all purposes.

**IT IS SO STIPULATED AND AGREED:**

Dated: October 27, 2026

*/s/ Andrew. R. Perrong (with permission)*________

Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Email: a@perronglaw.com

*Counsel for Plaintiff and the Proposed Class*

Dated: October 27, 2026

*/s/ Philip. A. Goldstein*________________________

Philip A. Goldstein, Esq.
**McGUIREWOODS LLP**
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2100
Email: pagoldstein@mcguirewoods.com

*Counsel for Independent Home LLC*

**It is SO ORDERED.**

Dated: ______________________, 2026

______________________________________

Brian M. Cogan, U.S.D.J.